STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Mark Louis Riley
Glenn Armentor Corp.
300 Stewart St.
Lafayette LA 70501

REHEARING ACTION: July 2, 2014

Docket Number: 13   01411-WCA

TODD MOUTON
VERSUS
LAFAYETTE PARISH SHERIFF'S OFFICE

Appealed from Office of Workers' Compensation - # 4 Case No. 13-03179

BEFORE JUDGES:

Hon. Elizabeth A. Pickett
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Todd Mouton** has this day been

**GRANTED.**

Briefing is ordered by the Court. The following briefing schedule is established and no extensions will be granted.

Appellant's brief is due on or before: 07/28/14
Appellee's brief is due on or before:  08/18/14

The case will be considered submitted to the Court on briefs on 09/24/14

cc: James D'Arensbourg Hollier, Counsel for the Appellee
    Philip Henry Boudreaux, Jr., Counsel for the Appellee